1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

JS-6

16
17
18

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICH MOCH, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERCURY AIR CARGO SERVICES, LLC, a California limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:23−cv−07061−SVW-MAAx<br><br>*Assigned to the Hon. Stephen V. Wilson*<br><br>**ORDER RE JOINT STIPULATION TO DISMISS INDIVIDUAL CLAIMS WITH PREJUDICE AND CLASS CLAIMS WITHOUT PREJUDICE PURSUANT TO FRCP RULE 41(a)(1)(A)(ii);** |

[PROPOSED] ORDER JOINT STIPULATION TO DISMISS INDIVIDUAL CLAIMS WITH PREJUDICE AND CLASS CLAIMS WITHOUT PREJUDICE PURSUANT TO FRCP RULE 41(A)(1)(A)(II);

# ORDER

Pursuant to the stipulation of the Parties and good cause appearing, this matter is hereby dismissed as follows:

1. Plaintiff's individual claims, including all individual claims and causes of action, against all Parties are dismissed with prejudice in their entirety.

2. All putative class claims of class members other than Plaintiff, are dismissed against all Parties *without prejudice*.

3. Each party to bear their own attorney's fees, costs and litigation expenses.

**IT IS SO ORDERED.**

Date: October 27, 2023

_____
Hon. Stephen V. Wilson

[PROPOSED] ORDER JOINT STIPULATION TO DISMISS INDIVIDUAL CLAIMS WITH PREJUDICE AND CLASS CLAIMS WITHOUT PREJUDICE PURSUANT TO FRCP RULE 41(A)(1)(A)(II);